UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ORES AND MINERALS UK LTD

        Plaintiff,

vs.

SUEZ STEEL COMPANY

        Defendant.
------------------------------------------------------------------------X

Case No. 22-cv-3036

**ORDER AUTHORIZING ISSUANCE OF PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**

Having reviewed and considered Plaintiff Ores and Minerals UK Ltd. *Ex-Parte* Motion for Issuance of Process of Maritime Attachment and Garnishment and Verified Complaint, together with the Attorney Declaration that the Defendant cannot be found in the District, and finding that the conditions of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure appear to exist, the Court hereby:

**ORDERS** the Clerk to issue Process of Maritime Attachment and Garnishment pursuant to Rule B directing the United States Marshal to the Southern District of New York to attach all property, tangible or intangible, belonging to Defendant, Suez Steel Company, comprised of debts, credits, or effects including but not limited to: bank accounts, checks, payments made to, held or which may be receivable by, the said garnishees on behalf of the said Defendant, monies, disbursement advances, goods or other services, documents of title, shares of stock or other financial instruments and any other funds, collateral or property of any kind belonging to, claimed by, or held for the benefit of, the Defendant, within this District in an amount up to $19,745,198.44 pursuant to Supplemental Rule B and the same be attached as may be found in the possession, custody or control of the garnishee(s) or which are found in the possession or control of specific garnishee, to wit: National Bank of Egypt and J.P. Morgan Chase Bank, N.A.; and

1

**ORDERS** that the Clerk of the Court shall issue further, supplementary process of maritime attachment and garnishment, on request of the Plaintiff and without further order of this Court; and

**ORDERS** that any tangible or intangible property in the hands of the garnishee(s) and attached pursuant to this Order, may be released from seizure without the necessity of further orders of this Court, provided that the Marshal, or garnishee(s) receives written authorization to do so from the attorney who requested the attachment and garnishment, stating that he has conferred with all attorneys representing parties to the litigation, and they consent to the request for the release, and also provided that the Court has not entered any subsequent orders modifying this arrangement for the release of the property which was attached pursuant to this Order; and

**ORDERS** that any person claiming an interest in the property attached or garnished pursuant to order upon application of the Court, be entitled to a prompt hearing in which Plaintiff shall be required to show why the attachment or garnishment should not be vacated or other relief granted; and

**ORDERS** that a copy of this Order be attached to and served with the said Process of Maritime Attachment and Garnishment.

**SO ORDERED**.

SIGNED this ____15th____ day of April 2022

*Katherine Polk Failla*

Hon. Katherine Polk Failla
United States District Judge