UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ORES AND MINERALS UK LTD,

                Plaintiff,

         -v.-

SUEZ STEEL COMPANY,

                Defendant.

22 Civ. 3036 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    In light of the Court's granting of Plaintiff's request for orders authorizing the issuance of process of maritime attachment and garnishment pursuant to Supplemental Federal Rule of Civil Procedure B and the appointment of a special process server pursuant to Federal Rule of Civil Procedure 4(c)(3), the Clerk of Court is hereby directed to terminate the pending motions at docket entries 5, 6, and 7.

    SO ORDERED.

Dated:   April 15, 2022
            New York, New York

                                                      KATHERINE POLK FAILLA
                                                      United States District Judge