

CHALOS & CO. P.C.
International Law Firm_____

55 Hamilton Avenue, Oyster Bay, New York 11771
TEL: +1-516-714-4300 * FAX: +1-516-750-9051 * WEB: www.chaloslaw.com * EMAIL: mrusso@chaloslaw.com

July 29, 2022

**Via CM/ECF**

Hon. Katherine Polk Failla
Thurgood Marshal United States Courthouse
40 Foley Square, Room 2103
New York, New York 10007



Re: Ores and Minerals UK Ltd. v. Suez Steel Company
    Chalos & Co Ref: 5009.001

Dear Honorable Failla:

    Our office represents the Plaintiff, Ores and Minerals UK Ltd., in the above referenced matter. Our client is currently pursuing arbitration overseas (in Egypt) in relation to the underlying transaction which relates to the maritime attachment and garnishment granted by this Honorable Court.

    As arbitration proceedings are currently ongoing and this matter is ancillary to those proceedings, we kindly request that this matter be stayed pending the outcome of the foreign arbitration.

    Should you require anything further, please do not hesitate to call on me.

    We thank you in advance for your kind consideration, and remain,

                                      Sincerely yours,

                                      **Chalos & Co, P.C.**

                                      /s/ *Melissa Patzelt-Russo*

                                      Melissa Patzelt-Russo

Application GRANTED. For the reasons stated above, the Clerk of Court is directed to stay this matter pending further order of the Court, and to terminate the pending motion at docket entry 13. Plaintiff's counsel shall submit a status letter by November 4, 2022, apprising the Court of the status of the arbitration.

Dated:   July 29, 2022              SO ORDERED.
         New York, New York

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE